UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

REGINALD FRANKLIN,

                          Petitioner,

        v.

ROBERT LEGRAND, *et al.*,

                          Respondents.

Case No. 3:13-cv-00613-MMD-WGC

ORDER

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 52). Good cause appearing, it is ordered that Respondents' unopposed motion for enlargement of time (ECF No. 52) is granted. Respondents will have through June 22, 2018 to file a response to the first amended petition (ECF No. 20).

DATED this 27th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE