UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

REGINALD FRANKLIN,

Petitioner,

v.

ROBERT LEGRAND, *et al.*,

Respondents.

Case No. 3:13-cv-00613-MMD-WGC

ORDER

Petitioner having filed an unopposed motion for an extension of time (ECF No. 55), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for an extension of time (ECF No. 55) is granted. Petitioner will have through August 20, 2018, to file an opposition to the motion to dismiss (ECF No. 54).

DATED THIS 13th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE