# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD FRANKLIN,<br><br>                Petitioner,<br>    v.<br>ROBERT LEGRAND, *et al.*,<br><br>                Respondents. | Case No. 3:13-cv-00613-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' unopposed motion for enlargement of time (first request) (ECF No. 58) is granted. Respondents will have through September 10, 2018, to file a reply in support of their renewed motion to dismiss.

DATED THIS 5th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE