# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD FRANKLIN,<br><br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:13-cv-00613-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' unopposed motion for enlargement of time (second request) (ECF No. 60) is granted. Respondents will have through September 17, 2018, to file a reply in support of their renewed motion to dismiss.

DATED THIS 27th day of September 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE