# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD FRANKLIN,<br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, et al.,<br>　　　　　　　Respondents. | Case No. 3:13-cv-00613-MMD-WGC<br><br>ORDER |

　　Good cause appearing, Respondents' unopposed motion for enlargement of time (first request) (ECF No. 64) is granted. Respondents will have through April 5, 2019, to file an answer to the first amended petition.

　　DATED THIS 21st day of February 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE